**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 11-6358

———————

LARRY EDWARD HENDRICKS,

Plaintiff – Appellant,

v.

BARRY GALLOWAY; LEROY CARTLEDGE; FNU CURRY; FNU BUSH; CATHERINE KENDALL; JAMES PARKER; COLIE RUSHTON; MARY D. ANDERSON; FNU SQUIRES; BARTON VINCENT; GARY D. MAYNARD; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  David C. Norton, Chief District Judge.  (3:03-cv-00740-DCN)

———————

Submitted:  May 19, 2011            Decided:  May 24, 2011

———————

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Edward Hendricks, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSELY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Edward Hendricks appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to vacate the court's previous order denying relief on Hendricks' 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hendricks v. Galloway</u>, No. 3:03-cv-00740-DCN (D.S.C. Feb. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>